**Order entered July 31, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00700-CV

### IN THE INTEREST OF K.B., A CHILD

**On Appeal from the 304th Judicial District Court
Dallas County, Texas
Trial Court Cause No. JC-18-00004-W**

## ORDER

Before the Court is appellant's July 29, 2019 motion for an extension of time to file her brief on the merits. We **GRANT** the motion. We **ORDER** the brief tendered to this Court by appellant on July 30, 2019 filed as of the date of this order.

Appellee's brief is due August 20, 2019.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE